1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 5:20-MJ-564-DUTY |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| JOSEPH ANTHONY IBARRA, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Southern</u> District of <u>California</u> for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (x)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    ( x )  information in the Pretrial Services Report and Recommendation

    ( x )  information in the violation petition and report(s)

    (  )  the defendant's nonobjection to detention at this time

    (  )  other: _____

1

1          and/ or

2   B. (x)    The defendant has not met his/her burden of establishing by clear and

3          convincing evidence that he/she is not likely to pose a danger to the safety

4          of any other person or the community if released under 18 U.S.C.

5          § 3142(b) or (c).  This finding is based on the following:

6             (x)    information in the Pretrial Services Report and Recommendation

7             (x)    information in the violation petition and report(s)

8             ( )    the defendant's nonobjection to detention at this time

9             ( )    other: _____

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

14   Dated: 10/23/20

                                  SHASHI H. KEWALRAMANI
15                                   UNITED STATES MAGISTRATE JUDGE